# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HARRISON PROSTHETIC CRADLE INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**WATSON GUIDE IP LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00098-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Harrison Prosthetic Cradle, Inc., by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Watson Guide IP LLC in the within action WITHOUT PREJUDICE. Watson Guide IP LLC has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: March 1, 2022 | Respectfully submitted, |
| Of counsel: | CHONG LAW FIRM PA |
| Howard L. Wernow (*Pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: Howard.Wernow@sswip.com | */s/ Jimmy Chong*_____<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |